TANNENBAUM, Respondent, v. DACKS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Frank Tannenbaum against Fanny M. Dacks. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

TAYLOR, Appellant, v. PRIMUS CO., Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Albert Taylor against the Primus Company. J. B. Leavitt, for appellant. E. L. Kalish, for respondent. No opinion. Judgment affirmed, with costs.

---

THURSTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Fred. G. Thurston against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, J., dissents.

---

TOWN OF COPAKE, Appellant, v. NIVER, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by the town of Copake (by Catherine Burdick, as administratrix, etc., of Wesley Burdick, deceased, a taxpayer) against Lee Niver. No opinion. Judgment affirmed, with costs.

---

TURNER, Appellant, v. NEW YORK ASBESTOS MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Benjamin F. Turner, an infant, by Bridget Turner, his guardian ad litem, against the New York Asbestos Manufacturing Company.

PER CURIAM. Order dismissing plaintiff's complaint affirmed on argument, with $10 costs and disbursements, and appeal from order denying plaintiff's motion for a reargument dismissed, without costs.

---

TUSTIN, Appellant, v. HOBBS, Respondent. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Edward B. Tustin against Frank S. Hobbs. No opinion. Order affirmed, with $10 costs and disbursements.

---

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Eliza Tyson against the Joseph H. Bauland Company.

PER CURIAM. We think that the record on the appeal should contain only the evidence which was received against the sole appellant. The order refusing to resettle the case is accordingly reversed, with $10 costs and disbursements, and the proceedings remitted to the justice by whom the case was tried for resettlement in accordance with this decision.

---

VAN SEGGERN, Respondent, v. GINSBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Arend Van Seggern against Henry Ginsberg, impleaded. H. H. Maas, for appellant. E. W. S. Johnston, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

---

VARNEY, Respondent, v. PHILO, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Edward Varney against Clayton J. Philo. No opinion. Judgment affirmed, with costs.

---

VOLCKER, Respondent, v. HERTER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Adolph Volcker against Peter Herter and others. D. S. Updike, for appellants. H. Siegrist, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

---

VON OHLEN, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Catherine Von Ohlen against the Empire Life Insurance Company. C. Blandy, for appellant. W. W. Pickard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WAITE, Appellant, v. GREENLEAF, Respondent. (Supreme Court, Appellate Division. Fourth Department. July 6, 1904.) Action by Eliza Waite against Louis C. Greenleaf. No opinion. Judgment affirmed, with costs.

---

WALKER, Appellant, v. HARDER, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by John H. Walker against J. Frank Harder, as sheriff of St. Lawrence county. No opinion. Judgment (80 N. Y. Supp. 948) unanimously affirmed, with costs.

---

WALKER, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Frank C. Walker against the Interurban Street Railway Company. From a judgment of the Appellate Term, affirming a judgment of the Municipal Court in favor of plaintiff, defendant appeals. Affirmed. Paul D. Cravath, for appellant. Frederick Durgan, for respondent.

HATCH, J. For the reasons stated in my opinion in the case of Scudder v. Interurban Street Railway Company (herewith handed down) 89 N. Y. Supp. 1115, the determination appealed from should be affirmed, with costs.

PATTERSON and LAUGHLIN, JJ., concur. O'BRIEN, J., concurs in result. McLAUGHLIN, J., dissents.